UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. CR92-00477P-001 |
| vs. | ) | EDTN Mag. No. 1-09-MJ-372 |
| | ) | |
| RON AHO | ) | JUDGE CARTER |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on October 2, 2009, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendant on a Petition for Warrant or Summons for Offender Under Supervision and Warrant out of the Western District of Washington. Those present for the hearing included:

(1) AUSA Mel Schwing for the USA.
(2) The defendant, RON AHO.
(3) Attorney Rita LaLumia for defendant.
(4) Courtroom Deputy Stefanie Capetz.

After being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and he qualified for the appointment of an attorney to represent him at government expense. Attorney Rita LaLumia of Federal Defender Services was appointed to represent the defendant. It was ascertained defendant had been provided with a copy of the Petition and Warrant and had the opportunity of reviewing those documents with Atty. LaLumia. It was determined the defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

AUSA Schwing moved defendant be detained without bail pending a hearing in the Western District of Washington.

Findings

(1) The defendant waived his Rule 5 identity hearing. The defendant asked to have a hearing on the Petition in the charging district, the Western District of Washington.

1

Conclusions

It is ORDERED:

(1) Defendant shall be DETAINED WITHOUT BAIL pending his transfer to the Western District of Washington.

(2) The U.S. Marshal shall transport defendant to the Western District of Washington for a hearing on a date to be determined once defendant is in said district.

ENTER.

Dated: October 5, 2009                       s/*William B. Mitchell Carter*
                                                               UNITED STATES MAGISTRATE JUDGE